This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**TOMMY SOWARDS and**
**BARBARA SOWARDS**

Plaintiffs-Appellants,

v.                                                                          **NO. 34,373**

**BIOTRONIK, INC. and**
**EDWARD TAGUE,,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Douglas R. Driggers, District Judge**

McGinn, Carpenter, Montoya & Love, PA
Randi McGinn
Kathy Love
Michael Sievers
Albuquerque, NM

for Appellants

Cervantes Law Firm
Joseph Cervantes
Las Cruces, NM

Holland & Knight, LLP
William F. Gould
Kelly Krystyniak
Washington, D.C.

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Alex C. Walker
Albuquerque, NM

for Appellee Biotronik, Inc.

Silva & Associates, P.C.
Benjamin Silva, Jr.
Michael Hughes
Albuquerque, NM

for Appelle Edward Tague


**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Plaintiffs filed an appeal following the judgment entered in this case. We proposed to dismiss the appeal for lack of a final, appealable order. In response, the parties have filed a joint memorandum supporting the proposed dismissal. Therefore, for the reasons discussed in the notice of proposed disposition, we dismiss this appeal without prejudice. This Court will retain the record proper for a reasonable period of time for use in any subsequent appeal that might result from this case once a final, appealable order is filed. The parties are hereby ordered to notify the Court

immediately should the case be resolved in mediation or otherwise, or once the parties are aware that no further appeals will be filed in this case.

{2}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**RODERICK T. KENNEDY, Judge**